**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jonathan JIMENEZ, Defendant—Appellant.**

**No. 09–6624.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 23, 2009.

Decided: July 30, 2009.

Jonathan Jimenez, Appellant Pro Se. Ryan Lee Souders, Assistant United States Attorney, Harrisonburg, Virginia, for Appellee.

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan Jimenez appeals the district court's order denying his motion seeking a reduction in his sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Jimenez,* No. 5:01–cr–30058–sgw–

mfu–6 (W.D.Va. March 26, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*